

# MEMORANDUM AND ORDER

TO: Judge James B. Loken, Chief Judge
United States Court of Appeals
for the Eighth Circuit

Date: 10-7-05

FROM: Charles B. Kornmann
United States District Judge
District of South Dakota

SUBJECT: Advance Authorization for Expert or Investigative Services

It is requested that advance authority be granted to obtain services in an amount in excess of the maximum allowed under the provisions of subsection (e)(3) of the Criminal Justice Act (18 U.S.C. § 3006A) as follows:

Case Name and Designation: USA v. Anthony Hero
CR 05-30076

Name of Expert or Investigator: Dave Dunn
Address: 302 E. Missouri Avenue

Type of Expert: Investigator

Reasons for Application:
To complete the investigation. PI Dunn has exausted the $1600.00 previosly allowed by the Court + is not finished with his investigation.

Estimated Compensation/Fee: $2000

I certify that the estimated compensation or fee in excess of the maximum set forth in subsection (e)(3) of the Criminal Justice Act appears necessary to provide fair compensation for services of an unusual character or duration and therefore recommend approval of this advance authorization in the amount of $ 2000

*Charles B. Kornmann*
Charles B. Kornmann, United States District Judge    Date: 10-12-05

Advance authorization is hereby approved in the amount of $ 2,000

*James B. Loken*
The Honorable James B. Loken, Chief Judge
United States Court of Appeals    Date: 10-24-05

USA V. TONY HERO (II)                     Assault w/
                                          DW

| Date | Activity | Hours/Miles |
|---|---|---|
| 8-11,12 | Damon Office, PU Discovery, discuss case, review Disc. | 2.5 / 4 Mi. |
| 8-12 | Travel Winner, Int Tony Hero, Prep. Witness list | 6.5 / 222 Mi. / OP$ 9.50 |
| 8-16 | Damon office, cc's | 1.8 / 8 Mi. |
| 8-18 | " ", discuss with Jamie | |
| 8-25 | N. Antelope, Att. Diane Miller, David Roubideaux, Alexis Roubideaux, Clint Roubideaux; S. Antelope-Att. Robbie Burnette (Int. Grandma Muriel Antoine), (try Robbie Murdo nursing home), Att. Randy Brave, (Int. Mom Valerie Brave), att. Avery Brandis both at Grandma Antoines and Dad Wms., no one has heard of Greg Black Bear, return to Miller-Roubideaux res.--to try Mom Diane Miller at IHS--Alexis (RC), David Out cruising, Clint (Whereabouts unknown), Rosebud to IHS and int. Diane Miller, (Alexis and David's Mom)---- | 248 Mi. / 9.2 / OP$8.75 |
| 9-7 | Book-keeping w/ Damon office | .7 / 4 Mi. |
| " | Atts. Alexis Roubideaux (RC) and Mom Diane Miller (N. Antelope) | 1. |
| 9-8,9 | Drive N. Antelope-Diane Miller Res. and talk with sister Deane, Att. Alexis Roubideaux (Here only for 1 day for the Fair-back to RC.), Att. David Roubideaux (Left for college-Durango, Colo.-no#), att. Clint Roubideaux Roubideaux (Try Debra Plenty Horse-Whitehorse Comm.), do so, Clint is in Spearfish with girlfriend Valerie Eagle Road, No. #), S. Antelope, Valerie Braves, Att. Randy Braves telephonically at Michelle Uvallis (SP), Bobbi Ann Marshalls, Att. Avery Brandis--working RST Housing-leave card, to call collect etc.----Source-girlfriend under watertower, travel White River, Int. Robbie Burnette (Not Murdo) | 9.5 / 266 Mi. / OP$10.00 |
| 9-19 | Damon Office-cc's of all, appt. with Jamie for to do list? | .8 / 4 Mi. |
| 9-21 | Atts. Alexis Roubideaux, RC, try Mom Diane Miller (856-5439), says try 716-6348 (No way to locate Davidat college in Ft. Lewis, Durango, Colo.,),Clint Roubideaux in jail in RC for DWI--to try Spearfish later on---Atts Alexis (716-6348, talk with sisterDenise, Alexis will call collect) | 2.5 |
| 9-22 AM | Att. Alexis at 716-6348 5-6 times | .6 |
| " " | " " " " | |
| PM | " " " | |
| 9-23 | " " " ", discuss with Jeri re/Alexis, caller ID etc. | |
| " | " " " | 1.2 |

| Date | Activity | Hours | Other |
|---|---|---|---|
| 9-26 | Talk with Shawnee Yankton (Owns 208-5420) and Cornilia (Sis?) at Diane Millers' (856-5439), leave # for any of these Roubideaux' to call collect | 1.4 | |
| 10-4 | Att. Alexis from Jamie's office, leave message etc., review case, order readable medical records | .8 | 4 Mi. |
| " " | Two Ints of Alexis Roubideaux (her entire card plus mine) | 1.5 | 3 Calls |
| 10-5 | Based on Alexis Int., travel S. Antelope to Int. Angelique Cordier, do so, Two atts. Randy Brave/Valerie Brave, Att. Avery Brandis both offices of RST Housing, am sent to job site (He's no show for work), N. Mission-- (They say), att. Avery at home under Watertower in S. Antelope (He's at work!) | 8.5 | 270 Mi. $9.00 OP |

48.5 hrs @ $35.00 ph = $1697.50
1030 miles @ $0.405 per mile = $417.15
OP $37.25